JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS S. LIN AND LILY W. LIN,<br><br>Plaintiffs,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC., THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-38, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-38; AND BANK OF AMERICA AS SUCCESSOR IN INTEREST TO AMERICA'S WHOLESALE LENDER,<br><br>Defendants. | Case No.: CV 16-130-DMG (JPRx)<br><br>**ORDER RE DISMISSAL OF ACTION [42]** |

    IT IS HEREBY ORDERED that the entire case is dismissed without prejudice against Defendants THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-38, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-38; AND BANK OF AMERICA AS SUCCESSOR IN INTEREST TO AMERICA'S WHOLESALE LENDER.

    IT IS SO ORDERED.

DATED: February 8, 2017

                                           DOLLLY M. GEE
                                           UNITES STATES DISTRICT JUDGE